IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | )<br>) |
| Plaintiff, | )<br>)<br>) |
| vs | ) Case No.: 21 CV 04616<br>) |
| COLUMBIA SUSSEX MANAGEMENT, LLC<br>dba MARRIOTT CHICAGO O'HARE | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Columbia Sussex Management, LLC dba Marriott Chicago O'Hare ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice (the "Order").

Jointly submitted this 2nd day of June, 2022.

Respectfully submitted,

By: /s/ Robert M. Kaplan
**Law Offices of Robert M. Kaplan, P.C.**

Counsel for the Plaintiff
1535 W. Schaumburg Rd., Suite 204
Schaumburg, IL 60194
Tel: (847) 895-9151
IL Bar No.: 620621
rmkap@robertkaplanlaw.com

By: /s/ Stacie E. Barhorst
**Kaplan Papadakis & Gournis P.C.**

Counsel for Defendant
180 N. LaSalle St., Ste. 2108
Chicago, IL 60601
Tel.: (312) 726-0531
IL Bar No.: 6278960
sbarhorst@kpglaw.com

Page 13 of 15

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on ___6/2___, 2022, he caused the foregoing **JOINT STIPULATION TO DISMISS** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon counsel of record via electronic mail/notice of filing:

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com